RECEIVED
2005 MAY -2 P 3:57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY MAHONE, § | |
| Plaintiff, § | |
| § | Case No.: 2:05cv405-D |
| v. § | |
| § | |
| HARRAH'S ALABAMA § | |
| CORPORATION, d/b/a HARRAH'S § | |
| ENTERTAINMENT CENTER, et al., § | |
| Defendants. | |

## JURY DEMAND

COMES NOW Defendant Harrah's Alabama Corporation and hereby demands trial by struck jury for all issues so triable. Harrah's Alabama Corporation, however, does not waive any right and entitlement to tribal sovereign immunity nor should this jury demand be construed as Harrah's Alabama Corporation's waiver of the jurisdiction of the Tribal Court of the Poarch Band of Creek Indians over the claims made the basis of the Plaintiff's Complaint.

DATED this 2nd day of May, 2005.

Respectfully submitted,

R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant
Harrah's Alabama Corporation

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: RAH2@RSJG.COM

## CERTIFICATE OF SERVICE

I do hereby certify that on the 2nd day of May, 2005, I caused a true and correct copy of the foregoing document to be served via United States Mail to the following counsel of record:

Christopher E. Sanspree
Beasley, Allen, Crow, Methvin, Portis & Miles P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

_____
OF COUNSEL