IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 MAY -2 P 3:58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SHIRLEY MAHONE, §
§
Plaintiff, §
§ Case No.: 2:05cv405-D
v. §
§
HARRAH'S ALABAMA §
CORPORATION, d/b/a HARRAH'S §
ENTERTAINMENT CENTER, et al., §
§
Defendants.

### CORPORATE DISCLOSURE STATEMENT

By Order of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant Harrah's Alabama Corporation in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

Harrah's Entertainment, Inc. (NYSE: HET)

DATED this 2nd day of May, 2005.

Respectfully submitted,

_____
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant
Harrah's Alabama Corporation

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: RAH2@RSJG.COM

## CERTIFICATE OF SERVICE

I do hereby certify that on the 2nd day of May, 2005, I caused a true and correct copy of the foregoing document to be served via United States Mail to the following counsel of record:

Christopher E. Sanspree
Beasley, Allen, Crow, Methvin, Portis & Miles P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

_____
OF COUNSEL