IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SHIRLEY MAHONE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv405-D |
| | ) |
| **HARRAH'S ALABAMA CORP., d/b/a** | ) |
| **HARRAH'S ENTERTAINMENT** | ) |
| **CENTER, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of the motions to dismiss filed by Defendants George Baker, Silke Johnson and Harrah's Alabama Corp., (Doc. Nos. 3 and 5), it is ORDERED that Plaintiff show cause, if any there be, on or before May 23, 2005, why said motions should not be granted.

Done this 9th day of May, 2005.

                                            /s/ Ira DeMent
                                            SENIOR UNITED STATES DISTRICT JUDGE