IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SHIRLEY MAHONE,** | * |
| | * |
|    **Plaintiff,** | * |
| | * |
| vs. | *   **Case No. 2:05cv405-D** |
| | * |
| **HARRAH'S ALABAMA CORP., d/b/a** | * |
| **HARRAH'S ENTERTAIMENT** | * |
| **CENTER, et al.,** | * |
| | * |
|    **Defendant,** | * |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, gives notice that she voluntarily dismisses the above styled cause in its entirety without prejudice.

Respectfully submitted this _____ day of December, 2003.


        **/s/ Christopher E. Sanspree**
        **Attorney for Plaintiff**


OF COUNSEL:
**BEASLEY, ALLEN, CROW, METHVIN**
**PORTIS & MILES, P.C.**
272 Commerce Street
P.O. Box 4160
Montgomery, Al. 36103-4160
(334) 269-2343
(334) 945-7555 fax

## CERTIFICATE OF SERVICE

      I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 20th day of May 2005.

                                                     /s/ Christopher E. Sanspree

R. Auston Huffaker, Jr.
**Rushton, Stakely, Johnston & Garrett**
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3100